*TO ADD-ON*
*AN AMENDED COMPLAINT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY RECEIVED
PRO SE OFFICE
2016 NOV -7 PM 5: 16

Wanyoung Kim

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

The New School (for Social Research University)

_____

_____

_____

_____

_____

_____

Jury Trial:   ☐ Yes   ☒ No
(check one)

# 16CV 8691

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name     Wanyoung Kim
                Street Address   2856 Gaellee Lane
                County, City   Tippecanoe
                State & Zip Code   IN   47906
                Telephone Number   765, 532 7710

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1       Name   The New School University (for Social Research)
                      Street Address   6 E 16th St.

County, City _New York_____

State & Zip Code _NY, 10003_____

Telephone Number _212—226-5600_____

**Defendant No. 2**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

      ☒ Federal Questions                    ☒ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Freedom of Speech (Censorship), Assembly, Sadistic & Cruel and Unjust Punishment, Right to Privacy, Sanctity of person and Possessions, Unfairly Conducting school affairs, not serving consumers, Racism.

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

      Plaintiff(s) state(s) of citizenship (West Lafayette), IN USA

      Defendant(s) state(s) of citizenship United States (N/A) · New York

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? Manhattan, New York City

B.   What date and approximate time did the events giving rise to your claim(s) occur? April 05, 2016 — ~~April 13, 2016~~, April 13 — May 31, 2016

August 1 — 31, 2016 September 2nd 2016

**What happened to you?**

School participated in a Nazi (witchhunt) against me, a royal South Korean U.S. Citizen Facts: The New School for Social Research violated F.E.R.P.A. (Family Educational Rights and Privacy Act) 9 — 12 times while I had been a graduate student. While I was mourning my grandfather late March — May 2016, they notified a Nazi stranger committing a witch-hunt in Massachusetts

**Who did what?**

who used a pseudonym that I am a student and that I don't reside on campus. They furthermore prevented me from working on my masters thesis, paying for my two international students' utilities, and attending 5 classes, and studying in peace. They placed me, a graduation candidate, on academic probation for being the victim of this Nazi although I had high passed 4 Phd level exams, with 1 translation exam the

**Was anyone else involved?**

I am a CEO's grand daughter & is a Purdue tenured professor's aughter

previous semester, and had achieved a 3.77 which was high enough to qualify for a higher tuition waiver. I was prevented from contacting my partner, and from attending my grandfather, a CEO's funeral in Incheon, South Korea. Furthermore, in August (1, 2016)

**Who else saw what happened?**

tuition waiver, &

they deactivated my student email account before I was supposed to graduate August 31. September 2nd, I found out they leaked my grades, attendance information, graduation info, citizenship, address, and financial information to a student. They told me that I could not access the student network to defend myself legally, or post on social media about the incident.

**IV.   Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was not allowed to contact my partner — at risk of being expelled and was suffering extreme as the school confined him having sexual relations with the afore said Nazi — I had to miss my grandfather's funeral to make up schoolwork — and not see him in his last hours — but I still could not fully potential of a 3.9 GPA because they (The New School) threatened and taunted me with racialized remarks, and wasted my time by calling me out of my enrolled classes and from interfering with network usage for research. My mother has to suffering ovarian cancer but they ignored my request to be let off unjust probation. — It was a cruel and unusual punishment of I was not allowed to mourn my grandfather. I suffer theft of my possessions from a subtenant and was li... ...emotional distress. I was depersonalized, and

I was considered alumni and possible threat to campus as a graduation candidate living off-campus, though I paid the university $40,000 in loans, accruing interest. I was stalked and harassed sexually, and violently by Nazis. They did not let me do course work or finish said course work in peace.

**Relief**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

In addition to a $40,000 + interest refund of U.S. Federal student loans included) I seek a reparation of $12 million for them violating FERPA law, ie. allowing my Indian roommate to send them a video that was wiretapped of me, and then leaking my grade information and student records by email to a student. In addition, I had to miss my grandfather's funeral, and have my safety threatened as I lived 25 minutes away from campus in Brooklyn. "Campus Safety" Director as well as Title IX Coordinator Jennifer and student rights/Director Gene told Nazis I am an off-campus student in no privacy allowed to mourn my criminally ill grandfather. Distraught, I could not excel at my potential in schoolwork. They prematurely offered a degree that was not summa cum Laude, and claimed falsely that I "stalked" a stranger that was Nazi from Switzerland. My email was shut down a month before my set summer graduation date.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 1 day of November, 20 11

Signature of Plaintiff _Wanjing K_____

Mailing Address 2858 Grackle Lane
West Lafayette, IN 4906

Telephone Number 765. 532 7716

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

I believe that during the '15-'16 academic schoolyear, the New School University, particularly its Office of Student Rights, and its Registrar's Office, are guilty of at least nine separate instances of breaching my privacy under FERPA.

1) Sometime shortly before January 25, 2016, I go into the Registrar's office and they deny me a copy of my academic transcript from the previous semester because I did not pay $6.

2) 03/18/16, the Campus Security revealed to a Nazi stranger threatening my safety, and to the Nazi's local police in Newton, Massachusetts (where I've never set foot) that I'm a student at the School and don't reside on campus. The Nazi person continued threatening me with this information obtained, publishing it on their blog, and then using this information to file a court order with perjury, that bore my name and the school address, along with details they used to look up online using information provided by school. I am suing this person for libel and slander. Person lied under oath to their local police in Massachusetts, and the judge. I am also suing the New School for telling this Nazi person threatening and stalking me, that I am a student and ~~where is any possible time~~ that I live off campus.

I know that the School did this, because I went into the Campus Safety Office and talked to the Director. In addition, the Newton, MA police sent me the copy of a report by email, 10/18/16, that they had talked to Campus Safety 03/18/16, and that they had been divulged this information regarding my being a current student there and my not residing on campus.

3) The Student Rights Office and Academic Affairs Office were in touch with this Nazi by email correspondence since 03/18/16, where they confirmed to the Nazi I am a student and if I continue talking to them (someone I don't know, and I'm trying to avoid as I'm writing a thesis and mourning), I will be expelled... the stranger is allowed to continue threatening and intimidating me with violent taunts.

The School uses responses obtained from the Nazi, after revealing to them I'm a student, that contain perjury, then subjects me to excessive discipline, placing me on academic probation while I'm writing a thesis and attending and actively participating in five courses. I was also in excessive hardship mourning my grandfather and paying the bills my roommates were not paying.

4) The School confirmed to NYPD 04/08/16 that I am a student. The Nazi had filed additional statements of perjury to the police that I am 'harassing them' and that I was in Boston in Spring Break, when I was not, and I have confirmation from local police that the Nazi was lying under oath I was, while I am in Brooklyn.

5) School on 04/21/16 refuses to give me certain papers from the court of Newton, which I was suppose to have been served prior. They only send me the last page of the sheet, and deny me access to the first two pages bearing my name and the name of the plaintiff. Under law, I cannot be denied these papers if I request access, and court is trying to ensure I am served these papers. Police have been adamant previously that I be served them. *Papers that says - "Deemed served" April 6, 2016*

6) Prior to 08/01/16, the School tells people in Vermont who are affiliated with the Nazis, that I am a current student or alumna. The School utilizes biased complaints provided by these people in Vermont to shut down my email before my date of graduation. Aunt and uncle of person who alcoholically raped me.

7) The School refuses to amend my transcript regarding the fact it reads 'Pass' for a 'High Pass' achieved on a written exam, and they called me out of class several times and sent me a diploma early before my scheduled graduation date, before I could finish my papers. *Email shut down Aug. 1 Graduation Aug. 31*

8) School also refuses to amend my financial aid regarding the fact that I am on a 30% scholarship but qualify for additional aid due to hardship (I am 95 pounds, and taking out $40,000 in tuition while paying for my roommates' gas and electric bills in a $2400 monthly rent apartment.)

9) School leaks details containing my academic record, grades, attendance record, birthdate, citizenship, graduation, address, and social security information a student on accident. They email it. This is verified to me by a Registrar office worker apologizing September 2, 2016.

*[handwritten annotations at top of page:]*

Owe me $2600,
Is ripping him any card?

Fake name of Nagi stalking me and destroying my friends & schoolwork here at The New School

---

**THE NEW SCHOOL**

Student Rights and
Responsibilities
79 Fifth Avenue, 6th Floor
New York, NY 10003
212.229.5349
rd@newschool.edu
newschool.edu/student-rights-and-responsibilities

April 13, 2016

Wanyuong Kim
Kimw3465@newschool.edu

Dear Ms. Kim,

I am writing to summarize the discussion and outcome of our disciplinary review meeting on April 5, 2016.

As you are aware, two individuals who are not affiliated with The New School contacted the university's security department alleging that you have been harassing them online. Specifically, that you have been sending messages via comments on Tumblr and Facebook with inappropriate comments, harassing comments, and physical threats to Nicholas Cook and Carol Odegaard. Mr. Cook and Ms. Odegaard have also informed the university that they each have filed a restraining order against you instructing you to cease and desist from sending emails, posting comments, and harassing them. They provided the university with screen captures of your alleged comments and documentation showing that you were logged into the New School network while posting the comments and sending harassing messages.

During our meeting, you said that this was all a prank being played on you. You said that Mr. Cook is a former boyfriend who owes you money. You said that the other individual, Ms. Odegaard, has been sexually harassing you online and has filed several fake reports against you with police. You also said that Ms. Odegaard is trying to sabotage your academic career and has made threats against you.

I showed you 5 printed pages that were just a small sample of what Ms. Odegaard sent to my office. Two pages show what she alleges is proof that you have been using The New School network to access her online blog and post inappropriate and threatening comments. Another page shows a print-out of a message from username "jollyphd-cosmologist" with your photo as an avatar. The message includes the statement "I can find out your address from my friend in Boston. I will crash IF you do and beat you up." The last two pages is of a printout of messages from Facebook with the username "Wanyuong Kim-Cook" and a Tumblr comment from username "wan-cook."

I informed you that the university received numerous pages of screen captures from Mr. Cook and Ms. Odegaard that suggest you have been harassing them both online and had been using the university's network to submit several comments and messages to them. I instructed you during our meeting on April 5, 2016 to immediately cease any and all communication with both parties and to refrain from using the university's network, email, and other online resources to stalk, harass, or send inappropriate messages.

Please be aware that per the Student Code of Conduct, the university reserves the right to invoke its disciplinary procedures when the student of the university has been charged off-campus with a violation of a local, state, or federal law.

Based on my review of the incident, I find that there is sufficient information to support the allegations as stated above. <u>Accordingly, you were found in violation of Sections I.A.1 (General Misconduct), I.A.2 (Disorderly Conduct), and I.A.3 (Harassing Conduct) of the Student Code of Conduct.</u>

Ms. Kim, the allegations in this complaint are a serious concern to me and puts your suitability as a member of this university community into question. As such, I am requiring that you attend one counseling session at the university's Counseling Center. You and your counselor are to complete the enclosed release form allowing the Student Rights and Responsibilities office to verify your attendance. It is important to note that we will not be obtaining information as to the content of your session. **This form must be returned to the office by May 6, 2016.** Student Health Services is located at 80 Fifth Avenue on the 3rd floor. You may call (212) 229-1671, option 1 to make an appointment.

You are strongly advised to refrain from engaging in any activity that violates the Student Code of Conduct at any other point in the future. Further violations of the Student Code of Conduct, especially of a similar nature, or other University policy will result in additional and harsher disciplinary action taken against you and can include a recommendation to the Assistant Vice President for Student Equity and Access that you be suspended or expelled from the university.

Should you wish to appeal this decision, please refer to the appeal process outlined in Section V of the Non-Academic Disciplinary Procedures. Specifically, you would put your appeal in writing to Jennifer Francone, Vice President for Student Equity and Access at franconej@newschool.edu.

Please be aware that you also have the right to request that your disciplinary record(s) be expunged. Details regarding the university's Expungement Policy and the request process can be found on the Student Services and Student Rights and Responsibilities website via newschool.edu/student-rights-and-responsibilities.

<u>You are hereby placed on disciplinary probation for the remaining of your academic studies here at The New School.</u>

<u>You are to cease sending messages to Mr. Cook and Ms. Odegaard and cease from posting any comments on any blog or social media outlet associated with either Mr. Cook or Ms. Odegaard.</u>

As an institution of higher learning, The New School affirms certain basic principles and values, including respect for law and adherence to fair rules and regulations. We expect members of our community to uphold and abide by the basic principles and standards of behavior that underlie our educational purpose. It is my sincere hope that you utilize this experience as a learning opportunity and take advantage of the educational opportunities being offered to you.

Should you have any questions, I can be reached at (212) 229-5349, extension 3652.

Sincerely,

/s/ Gene Kuan-DeLeon

Gene Pumo-DeLeon
Director
Student Rights and Responsibilities

THE NEW SCHOOL FOR SOCIAL RESEARCH

Words by the Emmanuel Jeremiah Kim

Master of Arts
in Philosophy

| date | from | to | subject |
|---|---|---|---|
| 21/04/2016 16:28 | Philosophy Advisor <phila... | undisclosed-recipients:; | Fwd: "Debating Development" - Economics Conference THIS FRIDAY |
| 21/04/2016 16:37 | "Microsoft Office 365" <M... | <kimw346@newschool.ed... | Reminder: auto-renew and get an extra month free |
| 21/04/2016 17:20 | Wanyoung Kim <kimw346... | Jennifer Francoine <franc... | Re: Appeal Outcome |
| 21/04/2016 17:26 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | Fwd: Appeal Outcome |
| 21/04/2016 19:29 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | |
| 21/04/2016 19:54 | Wanyoung Kim <kimw346... | "Wanyoung e.J. Kim" <W... | |
| 21/04/2016 20:02 | Wanyoung Kim <kimw346... | "Wanyoung e.J. Kim" <W... | |
| 21/04/2016 20:06 | "Best Buy" <BestBuyInfo... | <KIMW346@NEWSCHOO... | Ready for the full Windows 10 experience? |

Re: Appeal Outcome

Wanyoung Kim <kimw346@newschool.edu>                    Date: 21/04/2016 17:20

To Gene the Director of Student Rights, & Jennifer AVP of Student Equity: On top of the last two emails I wish to make it clear just how unfairly this p...

rd South Koreans, respectively have the #2 and #1 rates of suicide, and Asian Americans are also among the top ethnic groups committing suicide in th...

are provided, it clearly demonstrates my being sexually harassed by Slaughterdev and her followers who like her posts and call me things like 'crazy c...

bout 'wang-chung', there is a disturbing image of a young African-American child and the tag by Ms. Odegaard reads 'f*ck off nigger' (my input of the...

have indicated the amount of emotional burden and stress there is in having an abortion and being separated from my partner, Nick Cook- who still ow...

bandon me at one point when I was pregnant as did my parents- and I had to deal with blood loss and expenses to feed and house myself on my own.

have been in a sexually threatening environment based upon the content of the messages I provided from Carol Odegaard's pseudonym, 'slaughterdew'...

iolent, disturbing content she posted on her blog.

have been suffering too at time from dating violence- indicated by the disturbing messages Nick Cook (as mentioned on Slaughterdew's blog) has sent...

Carol Odegaard and Nick Cook have been participating in emotionally disturbing harassment against me, taking advantage of the fact I suffered violenc...

rick force me into having an abortion after he had drunkenly raped or abused me domestically while on alcohol.

When you then consider that my people, ethnically as well as nationally (Asian Americans- particularly of Japanese and Korean heritage) are more pron...

tian any other racial or ethnic as well as national group, I think that the fact that you are wrongfully accusing me of some of these messages I did not se...

f 'probation' adds onto chronic stress.

t is psychologically disturbing to be accused of something you didn't do based on false evidence and testimony provided by Carol Odegaard/ slaughterd...

iased messages from Nick Cook, who tried to distort things I said to make my status as a student, despite my high academic performance, hard work, e...

nd dedication, look questionable. Best.- Wan-Young E.J Kim

| date | from | to | subject |
|---|---|---|---|
| 6/04/2016 13:06 | Melissa Monroe <notificati... | kimw346@newschool.edu | Melissa Monroe (Faith in Modern Literature.A.Sp16) just sent you a |
| 6/04/2016 16:21 | Graduate Student Teachin... | undisclosed-recipients;; | Reminder: TA Applications Due April 13 |
| 6/04/2016 18:24 | Wanyoung Kim <kimw346... | Student Rights and Respo... | Re: Please contact Student Rights and Responsibilities |
| 6/04/2016 19:32 | Wanyoung Kim <kimw346... | "Wanyoung e.J. Kim" <W... | |
| 6/04/2016 20:21 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | |
| 6/04/2016 21:47 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | |
| 6/04/2016 13:54 | bassaj@aol.com | kimw346@newschool.edu | Re: Concerns about being an obsessive-compulsive neurotic |
| 7/04/2016 13:55 | Michelle Relyea <relyeam... | undisclosed-recipients;; | University Policy Prohibiting Smoking |
| 7/04/2016 15:24 | Leadership and Communit... | undisclosed-recipients;; | Graduates: Leave NYC better than you found it |
| 7/04/2016 16:02 | Men's Wearhouse Tuxed... | kimw346@newschool.edu | Last Chance! $100 to Restaurant.com + Designer Looks for Your Party |

: Please contact Student Rights and Responsibilities

anyoung Kim <kimw346@newschool.edu>                        Date:  06/04/2016 18:24

ello, Gene. I just wished to follow up on yesterday's meeting. In case you are further reviewing, here is some more evidence.

is girl was the one who first harassed me when I was mourning, picking on me and messaging me 'first'. She stated via her blog message inbox (sla[...
o visit Nick during our vacation together, and fuck him, will you go kill yourself" (and it is something she will not deny stating to me)

e knows that during postpartum depression, I have had suicidal or morbid thoughts and was deliberately causing an emotional disturbance. Caling p[...
uation is not warranted, when the police seemed to be having the tone of a prank and joking around being in the know that I wasn't doing anything s[...
th Niamh and am sorting things out with police, so I thank you for any help you have provided. Best, Wanyoung

1 Tue, Apr 5, 2016 at 4:33 PM, Wanyoung Kim <kimw346@newschool.edu> wrote:
P.S. I'm sorry for the odd contents of this story, but this girl is attracted to both me and my ex-boyfriend because she had a personal history with ano[...
Caucasian boy whom we resemble. I never stalked this girl- she knows my personal information. W.

On Tue, Apr 5, 2016 at 4:31 PM, Wanyoung Kim <kimw346@newschool.edu> wrote:
Hi, Gene. Apparently, the office closes at 6pm I believe. I have class until then. I have informed this person that I am suing her and she has been th[...
stalking me. She somehow found out my phone number from my ex-boyfriend and utilized it to file several false reports against me. I never harass[...
reason- in fact I had told her to stop following me and had blocked her blog until she then tried to make passes at my ex-boyfriend. The thing is, th[...
and has been sexually harassing me.

## NEWTON POLICE DEPARTMENT

INFORMATION TECHNOLOGY BUREAU

Steven R. Smith
Bureau Commander

1321 Washington St., Newton, MA 02465

(617) 795-2130 f (617) 795-3983 TDD/TTY (617-796-1089

to have nothing to do with them personally. They told me in March, "If I have sex with your partner during our vacation together, will you kill yourself." I filed statements regarding this harassment with the Newton Police, when they called me, because apparently Carolyn put words in my mouth claiming I was stalking and harassing her. I needed privacy during this time as I was grieving a terminally ill and suffering family member. Carolyn then furthered her stalking by actually visiting my partner in Michigan by bus, where she partly raped my partner, Nick Cook, and Carolyn also did drugs including LSD and opiates. I filed police reports in Kentwood, Michigan, and Ottawa County Michigan, as well as reported the statement to Grand Rapids Police regarding Carolyn's drug activity

Subscribed and Sworn to Under the pains and penalties of perjury on    Tuesday, October 18, 2016

Signature    **Steven R. Smith**

First Previous Next Last

**NEWTON POLICE DEPARTMENT**
**NEWTON, MA**

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 16008797 / 1 | TRAMONTOZZI B | OFFICER | APPROVED |

**INCIDENT #16008797 DATA**
As Of 04/25/2016 17:10.06

**BASIC INFORMATION**

| | | | | APT/UNIT # |
|---|---|---|---|---|
| **CASE TITLE** | | | | |
| KIM | | | | |
| **DATE/TIME REPORTED** | **LOCATION** | | | |
| 03/18/2016 19:43:08 | 39 NEWTONVILLE AVE | | | |
| **INCIDENT TYPE(S)/OFFENSE(S)** | **DATE/TIME OCCURRED** | | | |
| (9500)INVESTIGATION | 02/19/2016 00:00 to 03/18/2016 19:43 | | | |

**PERSONS**

| ROLE | NAME | SEX | RACE | |
|---|---|---|---|---|
| REPORTING PERSON | WELLS, CAROLYN | FEMALE | WHITE | |
| INVOLVED PARTY | KIM, WAN YOUNG | FEMALE | ASIAN/PACIFIC ISLANDER | |
| INVOLVED PARTY | COOK, NICHOLAS | MALE | UNKNOWN | |

[NO OFFENDERS]
[NO VEHICLES]
[NO PROPERTY]

**OFFICER REPORT: 16008797 - 1 / TRAMONTOZZI B (32907)**

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/18/2016 20:23:28 | INCIDENT | APPROVED |

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | TRAMONTOZZI B | 32907 |
| Reviewing Officer: | MCLEAN S | 24875 |
| Approving Officer: | BARTINELLI J | 14374 |

---

**NEWTON POLICE DEPARTMENT**
**NEWTON, MA**

**INCIDENT DATA**

| INCIDENT # | DATE/TIME REPORTED | CLASSIFICATION TYPE |
|---|---|---|
| 16008797 | 03/18/2016 19:43 | GENERAL INCIDENT |

**OFFICER REPORT: 16008797 - 1 / TRAMONTOZZI B (OFFICER)**

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 03/18/2016 19:43:08 | INCIDENT | APPROVED |

**NARRATIVE**

On Friday March 18, 2016 at approx 1943hrs I was dispatched to 39 Newtonville Ave for a report of past threats.

Upon arrival I spoke with RP WELLS, Carolyn. According to WELLS she became friends with a male party (later identified as COOK, Nicholas) on the internet. WELLS stated that she has never met COOK in person but that they have been friends online for a couple years. WELLS then stated that COOK told her of a relationship he had with a female party (later identified as KIM, Wan Young) who subsequently became pregnant with COOK's child during the relationship. WELLS went on to state that COOK convinced KIM to abort the pregnancy, which she did. It is around that time that WELLS stated KIM began contacting her via various mediums on the internet (Facebook, Tumblr, Email) making irrational statements sometimes including threats towards WELLS. I asked WELLS if she has ever met COOK or KIM in person to which she stated she had not but has intentions of meeting COOK next month in Vermont.

WELLS went on to state that she contacted NPD due to the fact these messages have not stopped and sometimes have included more aggressive threats such as "I'm going to miss this class visit turn and then kill you with a knife". It seems as if this would not be very plausible considering KIM resides in NYC, COOK in MI and WELLS in MA.

WELLS advised me that COOK resides in Grand Rapids, MI and KIM resides at the New School for Social Research in NYC. I was able to reach COOK at a number provided by WELLS who affirmed WELLS' concerns and also provided me with a contact number for KIM. He also went on to state that he receives messages from KIM daily via various different social media accounts and email addresses.

In speaking with WELLS I advised her that I would not be taking out any criminal complaints at this time but would document the incident and attempt

to make contact with KIM. She was satisfied with this and provided this report number. Further, I advised WELLS it would be best to attempt to block any/all accounts related to KIM and how to obtain a HPO if she felt it was necessary.

I was able reach KIM shortly after leaving her a voicemail to contact me. KIM stated that WELLS is the aggressor adding that she posts things online to incite a reaction from her. I advised her to cease all communication with WELLS and further to block any/all online aliases of WELLS. KIM was told that I requested the same from WELLS. KIM was argumentative and continuously blamed WELLS for the issues, etc. I again advised her if both she and WELLS blocked each other these problems would no longer exist, to which she somewhat seemed to understand.

In an attempt to conduct a well being check on KIM I was able to speak with Campus Security for the "New School for Social Research" in NYC. The party I spoke with on the phone stated that she did not appear to live in the campus dorms there and there was no other residential information in her file.

OFFICER REPORT: 16008797 - 2 / HELMS G (OFFICER)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
| --- | --- | --- |
| 03/18/2016 19:43:08 | SUPPLEMENT | APPROVED |

NARRATIVE
On Tuesday, March 22nd, 2016 I responded to 39 Newtonville Ave as Carolyn feels the threats are continuing.

On arrival, Carolyn informed me that she "does not feel safe, Wan's in Boston and is going to kill me." I asked Carolyn if Wan knew where she lived to which she stated "no but she's gonna figure it out." I then asked Carolyn how she knew Wan was here to which she stated "Nic messaged me." I then asked to see the message to which Carolyn would look at her phone and then put it down.

Carolyn went on to say that Wan has been continuing to threaten her since Ofc Tramontozzi spoke with her Friday. I again asked to see the threats to which she would look at her phone and show me the same private message the girls had today. I then read the message which did not have any threatening comments or suggestions that Wan wanted to harm Carolyn or provide any indication she was coming from NYC to Boston, just general back and forth arguing.

I asked Carolyn why she was private messaging Wan as she was advised to

block her from social media to end the back and forth to which she stated "I've tried Nic says shes good with computers and breaks the privacy settings." Carolyn went on to say that Wan has been threatening her job as well as posting things about her on Facebook, however was unable to provide any evidence just that "Nic tells her." I asked Carolyn what she does for a living to which she stated she was unemployed.

Carolyn was again advised that this would be documented and that she should seek an HPO @ NDC to which she stated she understood. I have left a VM with Wan requesting she contact me to investigate further.

OFFICER REPORT: 16008797 - 4 / HEALY D (OFFICER)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
| --- | --- | --- |
| 03/28/2016 19:43:08 | SUPPLEMENT | APPROVED |

NARRATIVE
On Saturday March 26, 2016, while on patrol in N-497, I was dispatched to 39 Newtonville Ave to speak with Ms. Wells about these ongoing issues. She stated that she was granted an HPO (Newton District docket#1612RO34) on March 18, 2016, and she showed me several Tumblr messenger conversations from users on several unverified handles. Ms. Wells claims that they are from Ms. Wan, as Ms. Wells refers to the HPO in the conversations.
Ms. Wells was then advised of her duty as the Plaintiff on a court order, including not instigating a conversation with those in which an order exists, to which she stated she understood. She was further advised to notify police with any overt threats, and instructed in methods to hinder online harassment from social media.
It should be noted that a status check of the HPO revealed that it was granted, and faxed to the NYPD to be served. No Return of Service has been received.



**UNITED STATES DEPARTMENT OF EDUCATION**
Family Educational Rights and Privacy Act

FORM APPROVED
OMB NO: 1880-0544
Exp. 12/31/2017

**Complaint Form**

**Instructions:** Complete the fields below for Sections 1-6. Periodically save the form to avoid losing information. If you make an error, click the Reset Form button at the bottom of the page to reset form fields. Click the submit button at the bottom of the page to submit your form to the Family Policy and Compliance Office (FPCO).

## SECTION 1: STUDENT INFORMATION

**First Name**
Wanyoung

**Last Name**
Kim

**Date of Birth**
06/03/93

Your relationship to the student whose education records are the subject of this complaint.

Parent or Legal Guardian          Self          Other *(ex. attorney representing the parent or eligible student)*

## SECTION 2: COMPLAINANT INFORMATION

**First Name**
Wanyoung

**Last Name**
Kim

**Street Address**
2858 Grackle Lane

**Phone Number**
765.532.7710

**City**
West Lafayette

**State**
IN

**Zip**
47906

**Email** *(optional)*
wanyoungekim@gmail.com

## SECTION 3: EDUCATIONAL AGENCY OR INSTITUTION INFORMATION

Name and title of the school district superintendent, the president of the college/university, or state educational agency (SEA) official (if alleging denial to inspect and review education records maintained by the SEA).

David Van Zandt

**Name of educational agency or institution** *(ex. school district or university)*
New School University

**Phone Number**
212.229.5600

**Mailing Address**
6 E 16th Street

**Dates Attended**
08.31.15-08.31.16

**City**
New York

**State**
NY

**Zip**
10003

**Date of Alleged Violation**
3.18.16-9.2.16

Name and title of any school official you contacted in an attempt to resolve this matter

Dean of New School for Social Research, William Milberg

## SECTION 4: FERPA VIOLATION INFORMATION

**What is the nature of your alleged FERPA allegation?**

X **If you have been denied access to the student's education records:** (1) list the records you requested; (2) indicate that the institution or agency maintains the requested records and how the records are maintained (if known); (3) provide the date(s) and means by which you requested access; (4) indicate the name and position of the official(s) to whom you made the request for access to records; (5) describe any response received to your request or any actions taken by the educational agency or institution in response to your request.

1) I requested records of my transcript 2) New School Registrar 3) 1/25/16, in person 4) Secretary 5) Denied access because I did not pay $^
1) I requested access to court papers bearing my name. 2) Title IX Coordinator 3) 4/18/2016 4) Email 5) The first two papers with my name and other details were denied me. ( I later found out there was a hearing and that these sheets contained perjury.) Only the last page was given to me.

X **If your complaint involves requested amendment of education records:** (1) describe the records you sought to amend; (2) the information you wanted amended and the specific correction you requested; (3) the reason you believe the record is misleading, inaccurately recorded or an invasion of privacy; (4) the date you requested the amendment; (5) the name and title of the school official you made the request to; (6) any response received; and (7) the result of any hearing held in the matter.

1) Transcript from '15-16 schoolyear 2) Exam grade and course grades 3) Written exam I achieved high pass showed 'pass' on default. The courses whch I signed up for and the school employeees repeatedly called me out of class, preventing my full academic participation even with attendance 4) 07/15/16  6) No response  7) Hearing to be held in District court. No result yet

X **If personally identifiable information from the student's education was improperly disclosed, indicate specifically:** (1) what information was disclosed and when; (2) whether this information is recorded in the student's education records; (3) the name and title or job function of the school official who made the disclosure; (4) the individual to whom the disclosure was made and relationship, if any, to the school and to the student; (5) the circumstances under which the disclosure was made; (6) how and when (date) you became aware of the disclosure; and (7) a description of any communication between you and the disclosing entity regarding this matter.

1) Academic and attendance record, grades, birthday, social security informaton, citizenship, graduation day 2) Yes 3) Faculty member, Name unknown 4) Student, name unknown 5) Email, student's email address included 6) I found out 9/2/16 from the Registrar who disclosed this in email to my personal address.

## SECTION 5: CORRESPONDENCE INFORMATION

**Describe any correspondence that might substantiate the information specifically required in Section 4 above.** (Do not submit other information or documentation unless it is requested by a FPCO caseworker. Submission of extraneous materials may delay FPCO investigation.)

The School revealed to me in person 04.10.16-04.21.16, in various meetings and email, that they were in contact with Nazis, and the NYPD receiving reports made in perjury by these Nazis, that they had revealed to these strangers in Massachusetts that I am a student at NSU. I had it confirmed 10/18/16 that School Campus Security told Newton, MA police on 03/18/16 that I am a student and that I don't reside on campus.          This was done under threat by a Nazi in that Newton town.  Police sent me a report by email

## SECTION 6: CERTIFICATION

I certify that the information I have provided is true to the best of my knowledge and belief.

Signature: *Wanyoung Kim*          Date: 10/20/16

***Privacy Act Statement.*** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Education systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3). Systems of Records Notice (SORN) Citation 64 30107 (18-05-02).

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. The valid OMB control number for this information collection is 1880-0544. Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Obligation to respond is voluntary. If you have questions on your individual submission of this form, write directly to: Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, S.W., Washington, D.C. 20202-8520.

Reset Form          Print Form          Submit Form



**UNITED STATES DEPARTMENT OF EDUCATION**
Family Educational Rights and Privacy Act

**Complaint Form**

FORM APPROVED
OMB NO: 1880-0544
Exp. 12/31/2017

---

**Instructions:** The Department of Education's Family Policy Compliance Office (FPCO) administers the Family Educational Rights and Privacy Act (FERPA) to ensure student and parental rights with regard to the privacy of students' education records.

Parents and eligible students who need assistance or who wish to file a complaint under FERPA should do so by completing this form and submitting it via electronically or by mail.

**SECTIONS 1 & 2: STUDENT AND COMPLAINT INFORMATION**
An individual filing a complaint must be a parent of a student under the age of 18 in an elementary or secondary school subject to the Family Educational Rights and Privacy Act (FERPA) or a student who is age 18 or older or is attending a postsecondary institution at any age who has suffered an alleged violation. Please note that we do not investigate anonymous complaints. The name of the complainant and the substance of the alleged violation are disclosed to the school district or college/university as a routine part of the process of investigating an alleged violation of FERPA. Please fill out each section in the Complaint Form thoroughly.

**SECTION 3: EDUCATIONAL AGENCY OR INSTITUTION INFORMATION**
Please provide the name and address of the current superintendent of the school district or the president of the college or university against which you are alleging violated FERPA.

**SECTION 4: FERPA VIOLATION INFORMATION**
Outline the relevant facts clearly and succinctly in the space provided. Complaints filed with the FPCO regarding an alleged violation of FERPA must contain specific allegations of fact giving reasonable cause to believe that a violation of FERPA has occurred. In addition, a complaint must be filed in a timely manner. That is, a complaint must be filed within 180 days of the alleged violation or within 180 days after the complainant knew or reasonably should have known about the violation.

**SECTION 5: CORRESPONDENCE INFORMATION**
If there is correspondence or other information (such as a newspaper article or website posting) that substantiates your allegation, please briefly describe it in this section. Please do not attempt to attach, mail, or otherwise provide us with any additional information. If additional information is needed, the caseworker assigned to your complaint will contact you.

**SECTION 6: CERTIFICATION**
Certify that the information you have provided in the Complaint Form is accurate and true to the best of your knowledge. If you are submitting the Complaint Form electronically, type your name in the signature space and select the Submit Form button, or save the form and email it as an attachment to FERPA.Complaints@ed.gov. If submitting via mail, please print out the form, sign and mail to the following address:

> Family Policy Compliance Office
> U.S. Department of Education
> 400 Maryland Avenue, SW
> Washington, D.C. 20202-8520



| date | from | to | subject |
|---|---|---|---|
| 20/04/2016 22:37 | GFSS-NSSR Student Sena... | GFSS - Graduate Faculty ... | Run for USS Senator! |
| 21/04/2016 02:10 | Marcello =?UTF-8?B?7TVz... | kimw346@newschool.edu | Marcello_Musiè_is_now_following_you_on_Academia.edu |
| 21/04/2016 05:30 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | |
| 21/04/2016 05:53 | Wanyoung Kim <kimw345... | Jennifer Francone <franc... | Re: Appeal Outcome |
| 21/04/2016 06:17 | Wanyoung Kim <kimw346... | 'Wanyoung e.J. Kim' <W... | |
| 21/04/2016 06:35 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | |
| 21/04/2016 06:42 | Wanyoung Kim <kimw346... | Nicholas Cook <cooknic@... | |
| 21/04/2016 06:58 | Wanyoung Kim <kimw346... | 'Wanyoung e.J. Kim' <W... | braate 6163365186 |

e: Appeal Outcome

Wanyoung Kim <kimw346@newschool.edu>        Date: 21/04/2016 05:53

will further give you the number of police in Grand Rapids Michigan (616) 456-3403

here Nicholas Cook resides. I called them on April 13 when I received the Outcome from Gene. They verified there is no such restraining order agai
ick would have stopped communicating with me. He responds to my messages and emails and sent me a message in person yesterday.

I do message Nick it is on good terms.

find it incredibly ridiculous the New School has been trying to micromanage my personal life. Suspending or expelling a student without taking into a
eir personal relationships and monetary situations, is excessively cruel, sadistic and unjust.

est,- Wanyoung Kim

n Wed, Apr 20, 2016 at 5:42 PM, Wanyoung Kim <kimw346@newschool.edu> wrote:
Dear Jennifer- I am putting a second appeal in writing on the basis of undue economic and emotional hardship.

I was hoping to make it clear in the last message, based upon me being $2100 short of money from Nick Cook, trying to reclaim my possessions and
appetite (emotionally and bodily weakened state) that it would also pose undue financial as well as emotional hardship on me to be on academic prob

In addition to not being recompensed by N.C. for the surgery. I am also trying to help out my mother who had to have her womb (entire uterus) remo
uterine cancer.

11/2/2016                                                        Gmail - Important notification regarding your academic record

M Gmail                                                                        Wanyoung E.J. Kim <wkim027@gmail.com>

## Important notification regarding your academic record

**Registrar Communications** <registrar@newschool.edu>                         Sat, Sep 3, 2016 at 1:02 PM
To: Wanyoung Kim <wkim027@gmail.com>

Hello Wanyoung,

I understand your concern.

This incident occurred by accident. A staff member reviewing a list of graduates and future graduates inadvertently
copied a student on an email intended for a fellow staff member. This email included this information we notified you
about which was on a spreadsheet. It is the responsibility of the Registrar's Office to disclose this information no matter
where the staff member works at the university.

The student who received it has since deleted the email and spreadsheet and has assured us that the spreadsheet was
never opened. We made sure the person was aware of the legal ramifications of any information included was or is ever
inappropriately used illegally, this was your name, id number, citizenship status – only a yes or no if you were or weren't a
citizen and your New School email address). At no time was any other personally identifiable information shared.

We sincerely apologize for this incident and are taking actions within our university to make sure this does not happen
again.

Kindest regards,
Alina

--
**UNIVERSITY REGISTRARS OFFICE**
79 5th Avenue, 5th Floor, New York, NY 10003
P: (212) 229-5620 | E: registrar@NewSchool.edu | F: (212) 255-6942
[Quoted text hidden]

# M Gmail

Wanyoung E.J. Kim <wkim027@gmail.com>

## I need my email back, thanks regarding a Professor's Paper.
5 messages

---

**Wanyoung K <wkim027@gmail.com>**                    Wed, Aug 3, 2016 at 6:42 AM
To: Thomas Ilicito <tilicet@newschool.edu>

I had handed in a paper on the 28th to be read and graded by a professor, so I need my email back for comments.
Thanks Very Much.
Wanyoung

---

**Wanyoung K <wkim027@gmail.com>**                    Wed, Aug 3, 2016 at 7:04 AM
To: Thomas Ilicito <tilicet@newschool.edu>

Not to mention that I am the victim of a crime committed by these very people who contacted you are criminals who are being tried in court. That's no reason to criminalize me. Their nephew raped me and I almost died, I lost 3 1/2 pints of my own blood.
[Quoted text hidden]

---

**Wanyoung K <wkim027@gmail.com>**                    Wed, Aug 3, 2016 at 12:28 PM
To: Thomas Ilicito <tilicet@newschool.edu>

This is a lecture given by me for the New School. Its one thing to be racist, but when there is truth behind the term Mafia because the very people I was addressing are guilty of theft, manslaughter and rape, you do not have a right to shut down the email access of a tuition-paying student. I'm reporting all of these crimes before a jury. These people are stalking me even though I don't even live in the East Coast area, or even in the country now. I told you these people still have my backpack, books, and other property and stole money from me after placing me in an accident they are responsible for. Judging without knowing ANYTHING whatsoever about the story is not legal or just.
https://www.youtube.com/watch?v=6B3rMqVQrA
[Quoted text hidden]

---

**Thomas Ilicito <tilicet@newschool.edu>**            Thu, Aug 4, 2016 at 9:39 AM
To: Wanyoung K <wkim027@gmail.com>, studentconduct@newschool.edu

Ms. Kim,
I will direct your emails to student conduct office. All further inquiries should be made that office. They have been copied here, studentconduct@newschool.edu.
Regards,

On Wed, Aug 3, 2016 at 8:42 AM, Wanyoung K <wkim027@gmail.com> wrote:
    I had handed in a paper on the 28th to be read and graded by a professor, so I need my email back for comments.
    Thanks Very Much.
    Wanyoung

--
Thomas Ilicito
Director of Campus Safety
The New School
66 5th Avenue
New York, NY 10011
212-229-5101 x4275

---

**Wanyoung K <wkim027@gmail.com>**                    Fri, Aug 5, 2016 at 2:44 PM
To: Thomas Ilicito <tilicet@newschool.edu>

---

These people contacted the New School solely out of spite. What I said to them in response to being raped, i.e. inflicted violence by them does not hurt them specifically. They were under the impression I was not an 'alumni' and wanted to get me in trouble for something they did.
[Quoted text hidden]

**THE NEW SCHOOL**

April 20, 2016

Wanyoung Kim
Kimw3466@newschool.edu

Dear Ms. Kim:

I write in response to your appeal of the decision by the Office of Student Rights and Responsibilities finding you in violation of the University Student Code of Conduct and placing you on disciplinary probation. The basis for that decision was communicated to you in a letter dated April 13, 2016.

A student may appeal a disciplinary decision on any of three grounds: if it can be clearly and specifically demonstrated that sufficient grounds exists to show that the sanctioned student was denied a fair review; it can be specifically demonstrated that there is a flagrant discrepancy between the infraction and the imposed sanctions; or they cause undue hardship on the student's ability to continue their course of study.

Reading through your letter, it appears that you are appealing on the ground that you were denied a fair review. You are arguing that Ms. Puno-DeLeon did not consider what the other parties had said and done to you, but rather only considered their story. You also state in your appeal that your comments were just in response to their postings.

I have carefully reviewed your disciplinary file, as well as the information presented in your appeal, and have concluded that there was a reasonable basis for the decision made by the Office of Student Rights and Responsibilities and that you were granted a fair review. While you make allegations that you are only responding to Mr. Cook's and Ms. Odegard's comments, you have yet to provide any material to support your position that they are the instigators. However, both of the other parties have provided extensive documentation demonstrating your use of the New School network, rather than your personal email account, to make these statements and other communications that relate to the restraining order that has been issued against you in Massachusetts. In addition, if they were to have sent you messages that were "highly violent, insulting or abusive in nature," the proper course of action would be to report it to the police, rather than engage in online rhetoric using the university's network. If you have proof that the restraining order that we received is false or fraudulent, please provide such proof.

*Therefore, you will remain on disciplinary probation for the remainder of your academic studies here at The New School.*

*In addition, should you be found to have continued to utilize The New School network to send inappropriate or harassing messages to either Nicholas Cook or Carol Odegard since your outcome letter of April 13, 2016, you may face additional sanctions, including possible suspension.*

**THE NEW SCHOOL**

As an institution of higher learning, The New School affirms certain basic principles and values, including respect for and adherence to policies, rules, and regulations. We expect members of our community to uphold and abide by the basic principles and standards of behavior that underlie our educational purpose.

Should you have any questions, I can be reached at 212.229.5900 x 3656 or francon@newschool.edu.

Sincerely,

/s/Jennifer Francone

Jennifer Francone
Assistant Vice President for Student Access and Equity

cc:    Student Rights and Responsibilities



Wanyoung Kim

# Nietzsche's Cosmo-Psychic ∞ - Post-Nihilist Ethos of Eternal Return







978-3-659-97174-4

LAMBERT

Wanyoung Kim

2858 Grackle Lane

West Lafayette, IN 47906

   

USMP3
SDNY

New York Southern District Court
united states courthouse
PRO SE Intake Unit

500 Pearl St, Room 200
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2016 NOV -7  PM 5: 04